# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MCGRIFF, | : | |
|    Plaintiff | : | No. 1:22-cv-01547 |
| | : | |
|    v. | : | (Judge Rambo) |
| | : | |
| MRS. COUSINS, | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, on this 26th day of March 2024, upon consideration of Defendant Cousins' motion to dismiss (Doc. No. 51) and Plaintiff Anthony McGriff ("Plaintiff")'s motion to file an amended opposition to Defendant Cousins' motion to dismiss (Doc. No. 64), and in accordance with the accompanying Memorandum,

**IT IS ORDERED THAT**:

1. Defendant Cousins' motion to dismiss (Doc. No. 51) is **DENIED**;

2. Plaintiff's motion for leave to file an amended opposition to Defendant Cousins' motion to dismiss (Doc. No. 64) is **DEEMED WITHDRAWN**, and Plaintiff's amended opposition (Doc. No. 67) is **STRICKEN** from the Court's docket;

3. Defendant Cousins **SHALL FILE** an answer to Plaintiff's amended complaint (Doc. No. 35) in accordance with the Federal Rules of Civil Procedure;

4. The parties shall complete discovery by **October 28, 2024**; and

5. The parties shall file dispositive motions, if any, on or before **December 30, 2024**.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
